IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3074 |
| v. | ) | |
| | ) | |
| DANIEL LAROY SADER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

     To enable the court to consider defendant's motion for evaluation and treatment,

     IT IS ORDERED:

     The motion, filing 17, is granted in part, and Pretrial Services shall cause a substance abuse evaluation to be conducted and reports given to the court and counsel.

     DATED this 27th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge