IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3074 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DANIEL LAROY SADER, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion to continue sentencing (filing 29) is denied.

   June 30, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge