IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL LAROY SADER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 36 be stricken from the record for the following reason(s):

• No Notice of Electronic File Stamp attached to this docket entry.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 36 from the record. The Clerk is directed to re-file the document.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge