UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 SEP -1 PM 3:22

OFFICE OF THE CLERK

U.S.A. vs. Daniel Leroy Sader     Docket No. 4:04CR3074

Petition to Modify Conditions of Pretrial Release

COMES NOW Fred A. Samway, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel Leroy Sader, who was placed under pretrial release supervision by the Honorable David L. Piester sitting in the Court at Lincoln, Nebraska, on June 7, 2005, under the following condition:

1 (m)   The defendant shall reside at Byers Flats, Hastings, Nebraska at all times. The defendant shall abide by all of the rules of the said facility. In the event that the defendant is discharged from the facility for any reason whatsoever or leaves the premises of the facility without authorization, the United States Marshal, and/or any Special Agent of the FBI and/or any law enforcement agency is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant is currently residing at Byers Flats in Hastings and has completed the intensive outpatient program at Western Alternative Corrections also in Hastings. Pretrial Services has discussed the defendant's discharge with Marc Hultine of Byers Flats, who does not object to Mr. Sader's discharge from the facility. Per the Court's comments at sentencing on July 15, 2005, there is no objection to him residing at the home of his mother "a week to ten days prior to his self-surrender."

PRAYING THAT THE COURT WILL ORDER that condition 1 (m) be removed.

ORDER OF COURT

Considered and ordered this 1st day of Sept., 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 1, 2005

_____
U.S. Pretrial Services Officer

Place: Lincoln, Nebraska

No process