IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:04CR3074 |
| DANIEL LAROY SADER, | ) ) ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's oral Motion to Review Detention. This Court, being fully advised in the premises and noting that the government and Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation directly to NOVA's in-patient substance abuse long term treatment program on the morning of May 14, 2008. Mr. Sader is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from NOVA.

All other conditions of Mr. Sader's supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 7th day of May, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge