IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>                        Plaintiff,        )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>DANIEL SADER,                             )<br>                                                           )<br>                        Defendant.     ) | Case No.  4:04CR3074 |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue the August 6, 2008, disposition hearing in this case until a date and time certain for not less than 60 days, filing 69. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 9th day of October, 2008, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 24th day of July, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge